STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Scanning Technologies Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> NIGHT OUT, INC., <br><br> *Defendant*. | CASE NO.: 2:21-cv-02620-AB-GJS <br><br> **PLAINTIFF'S ANSWERS AND DEFENSES TO DEFENDANT NIGHTOUT, INC.'S COUNTERCLAIMS** |

Now comes Plaintiff, Scanning Technologies Innovations, LLC ("Plaintiff," "Counterclaim Defendant," or "STI"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff Night Out, Inc.'s

("Defendant," "Counterclaim Plaintiff," or "Night Out") Counterclaims [Doc. 12] (hereafter the "Counterclaims") as follows:

## PARTIES

1.   STI has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2.   Admitted.

## JURISDICTION

3.   STI incorporates by reference each of its answers in paragraphs 1-2 above.

4.   STI admits that jurisdiction is proper.

5.   Admitted.

6.   STI admits that venue is proper.

## COUNT I

7.   STI incorporates by reference each of its answers in paragraphs 1-6 above.

8.   STI admits that an actual controversy exists concerning infringement of the '101 Patent. STI denies any remaining allegations contained in paragraph 8.

9.   Denied.

10.   STI admits that Night Out seeks a declaratory judgment.  STI denies any remaining allegations contained in paragraph 10.

## COUNT II

11.   STI incorporates by reference each of its answers in paragraphs 1-10 above.

12.   STI admits that an actual controversy exists regarding validity of the '101 Patent.  STI denies any remaining allegations contained in paragraph 12.

13.   Denied.

14.   STI admits that Night Out seeks a declaratory judgment.  STI denies any remaining allegations contained in paragraph 14.

## PRAYER FOR RELIEF

To the extent a response is required, STI denies that Night Out is entitled to any of the relief requested.

Dated: May 26, 2021                    Respectfully submitted,

                                       */s/ Stephen M. Lobbin*
                                       Stephen M. Lobbin
                                       sml@smlavvocati.com
                                       SML AVVOCATI P.C.
                                       888 Prospect Street, Suite 200
                                       San Diego, California 92037
                                       (949) 636-1391 (Phone)

                                       ***Attorney(s) for Plaintiff Scanning
                                       Technologies Innovations, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                       */s/ Stephen M. Lobbin*
                                       **Stephen M. Lobbin**

PLAINTIFF'S ANSWERS TO DEFENDANT'S COUNTERCLAIMS