STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Scanning Technologies Innovations, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>NIGHT OUT, INC.,<br><br>*Defendant*. | CASE NO.: 2:21-cv-02620-AB-GJS<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Scanning Technologies Innovations, LLC and Defendant Night Out, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.   All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.   All counter-claims asserted by the Defendant in this action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B); and

3.   Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: June 23, 2021                     Respectfully submitted,

*/s/Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

JAY JOHNSON *(Pro Hac Vice Application Forthcoming)*
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
Phone: 214-451-0164
Fax: 214-451-0165
Email: jay@kjpllc.com

***Attorney(s) for Plaintiff Scanning Technology Innovations, LLC***


**FISH & RICHARDSON P.C.**

By: */s/Noel F. Chakkalakal*
Rodeen Talebi (CA SBN 320392)
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099
Email: talebi@fr.com

Neil J. McNabnay (*pro hac vice*)
Ricardo J. Bonilla (*pro hac vice*)
Noel F. Chakkalakal (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000

Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
rbonilla@fr.com
chakkalakal@fr.com

***COUNSEL FOR DEFENDANT
NIGHT OUT, INC.***

## CERTIFICATE OF SERVICE

    I hereby certify that on June 23, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Stephen M. Lobbin*
**Stephen M. Lobbin**

SO ORDERED this _____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**