Name and address:
STEPHEN M. LOBBIN
SML AVVOCATI P.C.
969 Hilgard Avenue #1012
Los Angeles, California 90024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SCANNING TECHNOLOGIES INNOVATIONS, LLC

v.

Plaintiff(s)

NIGHT OUT, INC.

Defendant(s).

CASE NUMBER

2:21-cv-02620-AB-GJS

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Johnson, Jay B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

214-451-0164
*Telephone Number*

214-451-0165
*Fax Number*

jay@kjpllc.com
*E-Mail Address*

of

Kizzia Johnson PLLC
1910 Pacific Ave., Ste. 13000
Dallas, Texas 75201
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
SCANNING TECHNOLOGIES INNOVATIONS, LLC
*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Stephen M. Lobbin
*Designee's Name (Last Name, First Name & Middle Initial)*

181195
*Designee's Cal. Bar No.*

949-636-1391
*Telephone Number*

_____
*Fax Number*

sml@smlavvocati.com
*E-Mail Address*

of

SML AVVOCATI P.C.
969 Hilgard Avenue #1012
Los Angeles, California 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated   June 23, 2021

_____
U.S. District Judge